AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.

LINDSEY N. DOWNS

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:16-cr-00050-GHD-DAS

I, LINDSEY N. DOWNS, the above named defendant, who is accused of

On or about January 25, 2016 and again on or about February 13, 2016, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

On or about January 25, 2016, did knowingly and intentionally possess a firearm during and in relation to a drug trafficking crime, to wit: possession with intent to distribute methamphetamine, a Schedule II controlled substance, as charged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/25/2016 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Lindsey N. Downs_
Defendant

_[signature] MSB#5133_
Counsel for Defendant

Before _[signature]_
Judicial Officer