UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. CRIMINAL NO. 1:16-cr-50-GHD-DAS

LINDSEY N. DOWNS

### INFORMATION
(On Waiver of Indictment)

The United States Attorney Charges that:

### Count One

On or about January 25, 2016, in the Northern District of Mississippi, LINDSEY N. DOWNS, defendant, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### Count Two

On or about February 13, 2016, in the Northern District of Mississippi, LINDSEY N. DOWNS, defendant, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### Count Three

On or about January 25, 2016, in the Northern District of Mississippi, LINDSEY N. DOWNS, defendant, did knowingly and intentionally possess a firearm during and in relation to a drug trafficking crime, to wit: possession with intent to distribute methamphetamine, a Schedule II controlled substance, as charged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Forfeiture Provision

This information charges the defendant, LINDSEY N. DOWNS, with a violation of Title 21, United States Code, Section 841(a)(1). Pursuant to Title 21, United States Code, Section 853, upon conviction of any said violations of the law, defendant shall forfeit to the United States (1) any property obtained, directly or indirectly, as the result of such violation(s), and (2) any of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

Further, if any of the property described as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of this Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant.

*Felicia C. Adams*
FELICIA C. ADAMS
United States Attorney