UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                            CRIMINAL NO. 1:16-cr-50-GHD-DAS

LINDSEY N. DOWNS

## NOTICE OF PENALTIES

### Counts One & Two

Not more than 20 years imprisonment
Not more than a $1,000,000 fine or both
At least 3 years supervised release
Ineligibility for federal benefits for up to 5 years after conviction
$100 mandatory special assessment

### Count Three

Not less than 5 years and not more than life imprisonment; mandatory, consecutive
Not more than a $250,000 fine or both
Not more than 5 years supervised release
$100 mandatory special assessment

Chad M. Doleac
Assistant United States Attorney
MS Bar #100590, GA Bar #200242
900 Jefferson Ave.
Oxford, MS 38655
662-234-3351