| **CRIMINAL CASE COVER SHEET** | | **U.S. DISTRICT COURT** |
|---|---|---|
| | | **Complete entire form** |

**Place of Offense:**  
City **Saltillo**  
County **Lee**

**Related Case Information:**  
Superseding Indictment _____ Case Number _____  
Same Defendant _____ New Defendant _____  
Magistrate Judge Case Number _____  
Search Warrant Case Number _____  
R20/R40 from District of _____  
Related Criminal Case Number _____

**Defendant Information:**  
Juvenile: ☐ Yes ☑ No    If yes, Matter to be sealed: ☐ Yes ☐ No  
Defendant Name **Lindsey N. Downs**  
Alias Name _____  
Address **Saltillo, MS 38866**  
DOB **xx-xx-1993** SS# **xxx-xx-8520** Sex **F** Race _____ Nationality _____  
Represented by: _____

Interpreter: ☐ Yes ☐ No    List Language and/or dialect: _____

**Location Status:**  
Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)  
☐ Already in State Custody  
☐ On Pretrial Release

**U.S.C. Citations**  
Total # of Counts ___**3**___    ☐ Petty   ☐ Misdemeanor   ☐ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **21:841** | Possession with intent to distribute methamphetamine | **1 & 2** |
| Set 2 **18:924** | Conspiracy to use a firearm during a drug trafficking crime | **3** |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

**U.S. Attorney Information:** AUSA **Chad M. Doleac**    Bar # **100590**

Date: **8-25-16**    Signature of AUSA [signature] for CMD

**District Court Case Number:**  
(To be entered by Clerk)    **1:16cr50-GHD-DAS-1**